# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

LAVONTE DOMINIQUE SIMMONS,       )
                                 )
                    Petitioner,  )
                                 )
v.                               )       No.:   3:23-CV-136-TAV-DCP
                                 )
VINCENT VANTELL,                 )
                                 )
                    Respondent.  )

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered herewith, this prisoner's pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 [Doc. 1] is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Further, the Court **CERTIFIED** in its Memorandum Opinion that any appeal from this action would not be taken in good faith and would be totally frivolous, and therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* Fed. R. App. P. 24.

IT IS SO ORDERED.


s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE



ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT